THE STATE, Appellant, v. AL BALLARD.

Division Two, November 23, 1909.

APPEAL: By the State. For the reasons stated in State v. Craig, *ante,* p. 201, it is held the State has no right to an appeal from a judgment sustaining a plea in abatement to an indictment.

Appeal from Jasper Circuit Court.—*Hon. Henry L. Bright,* Judge.

APPEAL DISMISSED.

*Elliott W. Major,* Attorney-General, and *John M. Atkinson,* Assistant Attorney-General, for the State.

BURGESS, J.—On November 2, 1908, an indictment was returned by the special grand jury of Jasper county to Division No. One of the circuit court of said county, charging the defendant with a crime of

setting up and keeping one crap table and two poker tables in violation of the laws of the State.

The indictment is regular in form, but on January 9, 1908, the defendant filed his plea in abatement of said indictment upon the same grounds as set forth in the case of State v. Craig, *ante,* p. 201, the opinion in which case is handed down at this delivery.  As the two records are in all respects similar, for the reasons given in that case the motion of the defendant to dismiss the appeal is sustained because the State has no right of appeal from the judgment of the circuit court sustaining said plea in abatement.  All concur.